IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern DISTRICT OF Texas
Laredo DIVISION

| | |
|---|---|
| In re<br><br>Warrior Custom Golf, Inc.<br><br><br>Debtors. | In Chapter 11 Proceeding<br>Case No. 19-50027 |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on May 31, 2019, DOCKET NUMBER 9.

Dated:  This 24th day of May, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

**Michael D Warner**
Attorney

**Hector Duran, Jr**
Chapter 11 Trustee

Dated: This 24th day of May, 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257