United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 19-50027 |
| WARRIOR CUSTOM GOLF, INC., | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER TO FILE STATEMENTS AS TO WHETHER
## THIS BANKRUPTCY CASE SHOULD BE CLOSED

On March 3, 2026, this case was closed. On further review, the order was premature (the "Premature Order").

This case was filed on March 4, 2019. It was initially jointly administered with Case 19-50026 (the Main Case). The last substantive activity in this case was on March 6, 2019. The last substantive activity in the Main Case (or any successor Main Case) was on June 15, 2026.

Not later than 30 days from entry of this Order, the Debtor must file (and any other party-in-interest may file) a statement setting forth (i) whether the Premature Order should be vacated; and (ii) if it should be vacated, what deadlines or other relief should be issued to assure that these cases are fully administered and ready to be closed.

Each statement should be accompanied by a proposed form of Order.
SIGNED 06/25/2026

_____
Marvin Isgur
United States Bankruptcy Judge

1 / 1